No. 1460. THE MAYAGÜEZ DRUG COMPANY, APELADA, v. CASA-
NOVAS ET AL., APELANTES.—Nulidad de deuda y otros extremos.
Ponce. Febrero 25, 1916. *Desistida la apelación.*

---

No. 163. MONCLOVA, PETICIONARIO, v. LLOREDA, JUEZ DE DIS-
TRITO, DEMANDADO.—*Mandamus.* Marzo 6, 1916. *Desistida
la solicitud.*

---

No. 1003. EL PUEBLO, APELADO, v. RAMOS, APELANTE.—
Homicidio involuntario. Ponce. Marzo 7, 1916. *Desistida
la apelación.*

---

No. 1464. KAUTZMAN, APELADO, v. PORSTH ELECTRIC Co.,
APELANTE.—Cobro de dinero. San Juan, Sección 1.ª Marzo
7, 1916. *Desestimada la apelación.*

---

No. 963. EL PUEBLO, APELADO, v. VÉLEZ ET AL., APELAN-
TES.—Motín. Humacao. Marzo 8, 1916. *Confirmada la sen-
tencia.*

---

No. 965. EL PUEBLO, APELADO, v. MELÉNDEZ ET AL., APELAN-
TES.—Motín.
. No. 915. EL PUEBLO, APELADO, v. CRUZ, APELANTE.—Hurto
menor. Humacao. Marzo 10, 1916. *Confirmadas las sen-
tencias.*

---

No. 1006. EL PUEBLO, APELADO, v. BLANCO, APELANTE.—
Acometimiento y agresión grave. Mayagüez.
No. 1002. EL PUEBLO, APELADO, v. SOSA, APELANTE.—
Homicidio involuntario. Aguadilla. Marzo 17, 1916. *Con-
firmadas las sentencias.*